**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Earl Anderson # 317-265
Mansfield Corr. Inst.
PO Box 788
Mansfield, OH 44901-
              1368

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X                                      ☐ Agent
                                       ☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*            ☐ Yes

2. Article Number
   *(Transfer from service label)*

7001 2510 0008 6348 9367

PS Form 3811, August 2001          Domestic Return Receipt                    102595-01-M-2509