| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Slusher_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Slusher    C. Date of Delivery: 11/24/03 |
| 1. Article Addressed to:<br><br>Earl Anderson #317-265<br>Mansfield Corr. Inst.<br>PO Box 788<br>Mansfield, OH 44901-1368 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7001 2510 0008 6348 9367 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509