**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

C-1-01-610
DOCS 9+10
1/13/04

Sent To: EARL ANDERSON 317-265
Street, Apt. No.; or PO Box No.: MANSFIELD CORR. INST.
City, State, ZIP+4: POB 788 MANSFIELD, OH 44901

7001 2510 0000 6349 5689