| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☑ Addressee<br>B. Received by (*Printed Name*) — Gary Nusbaum<br>C. Date of Delivery: 1/15 |
| 1. Article Addressed to:<br><br>EARL ANDERSON<br>317-265<br>MANSFIELD CORR. INST<br>P.O. BOX 788<br>MANSFIELD, OH 44901-1368 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number (*Transfer from service label*)  7001 2510 0008 6349 5689 | |

PS Form 3811, August 2001    Domestic Return Receipt    102595-

• Sender: Please print your name, address, and ZIP+4 in this box •

OFFICE OF THE CLERK
U. S. DISTRICT COURT
Rm. 204 U. S. Courthouse
5th & Walnut Streets
Cincinnati, Ohio 45202

C-1-01-610 (KM)
DOCS 9+10