IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Earl Anderson, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:01-cv-00610 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| Margaret A. Bagley, Warden : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that the Court ADOPTS IN ITS ENTIRETY the Magistrate Judge's Report and Recommendation (doc. 8). Petitioner's Petition for Writ of Habeas Corpus (doc. 1) is DISMISSED WITH PREJUDICE. Issuance of a certificate of appealability of this Order is DENIED. The Court hereby certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order may not be taken in good faith; leave to proceed in forma pauperis on appeal is therefore DENIED.

1/13/04                                                                 James Bonini, Clerk

                                                                        s/Kevin Moser
                                                                        Kevin Moser
                                                                        Deputy Clerk